In the Matter of the Estate of LOVE FIDELE SEYMOUR, Deceased.— Motion

granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ. [See *ante*, p. 757.]